# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2078
_____

JEFFREY LANCE HILL, SR.,

Appellant,

v.

SUWANNEE RIVER WATER
MANAGEMENT DISTRICT,

Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Darren K. Jackson, Judge.

October 21, 2025

PER CURIAM.

AFFIRMED.

LEWIS, RAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jeffrey Lance Hill, Sr., pro se, Appellant.

David C. Willis and Chase E. Hattaway of Rumberger, Kirk & Caldwell, P.A., Orlando; Leonard J. Dietzen of Rumberger, Kirk & Caldwell, P.A., Tallahassee, for Appellee.